# United States Court of Appeals

## For the First Circuit

_____

Nos. 00-2016, 00-2017

UNITED STATES,

Appellee,

v.

RUBEN LOPEZ-LOPEZ,

Defendant, Appellant.

_____

No. 00-2018

UNITED STATES,

Appellee,

v.

CARLOS SANTANA,

Defendant, Appellant.

_____

No. 00-2020

UNITED STATES,

Appellee,

v.

RAMON LUCIANO-DEL-ROSARIO,
A/K/A RUBEN LUCIANO-DEL-ROSARIO,
A/K/A RUBEN LUCIANO-DE-LA-ROSA.

Defendant, Appellant.

_____

## ERRATA SHEET

The opinion of this court, issued February 19, 2002, should be amended as follows:

P. 3, line 18: delete "prosecuting" and insert "investigating"

P. 28, line 8: delete "Stated" and insert "States"